## CONSENTIMIENTO PARA UNIRSE A ACCION COLECTIVA

## CONSENT TO JOIN COLLECTIVE ACTION

*Carlo, López, Sánchez, Bonilla, Muñiz, et al. v. Caldero, Fernández, Pesquera, The Puerto Rico Police Department, Commonwealth of Puerto Rico, et al.*, Case No. 3:16-cv-02867-PAD

United States District Court, District of Puerto Rico

### Complete And Submit To:

Reclamaciones Salariales de Agentes de Policía
PO BOX 9024280
San Juan, PR 00902-4280
Telephone: (800) 689-0024

Name: Robertin Roofa (Please Print)

Nombre: Robustino Rodriguez Soto (En letra de molde)

Pursuant to Fair Labor Standards Act, 23 U.S.C. §216(b)

I consent and agree to pursue my claims arising out of unpaid overtime work as an hourly police officer for the Policia de Puerto Rico ("PPR"), in connection with the above-referenced lawsuit.

De acuerdo a la Ley de Estándares Justos de Trabajo [Fair Labor Standards Act], 29 U.S.C. §216(b).

Doy mi consentimiento y estoy de acuerdo con perseguir mis reclamaciones sobre trabajo de horas extras como un empleado por hora para Pedro Toledo, Héctor Pesquera, José L. Caldero, y otros superintendentes del Policía de Puerto Rico en relación con la demanda de marras,

- I worked in the position of police officer at the Puerto Rico Police Department.

- Yo trabajaba en el puesto de agente de policía en la Policía de Puerto Rico.

- During the time period I was employed by Toledo, Pesquera, Caldero and other superintendents, from _1991_ to _2-0-13_ -,I worked in excess of forty (40) hours per week, but was not paid overtime compensation for all the time I worked.

- Mientras yo estuve empleado de Toledo, Pesquera, Caldero y otros superintendentes, desde _Abril 1991_ (fecha de comienzo como policía) hasta _Sep 2013_ (fecha de salida del departamento) yo trabajaba en exceso de cuarenta (40) horas por semana, pero no yo recibía compensación por horas extras para todo el tiempo que yo trabajaba.

As a police officer, I have worked at the following precincts:
_Cuerpo Investigacion Criminal_
_Carolina P.R. 1991-1992_
_Ponce Investigacion Criminal 1992_
_2-0-13. Mi Placa 17102_

Como agente de la policía, he trabajado en estos cuarteles:
_Agente de dicho Cuerpo C±C_

- Through my course of employment, I became familiar with the duties, policies training and directive that my superiors required all police officers to follow.

- Durante el transcurso de mi empleo, me familiaricé con los deberes, políticas, adiestramientos, y directrices que los policías _Sr_ tenía que cumplir.

- 
- I was aware of other police officers who were subjected to similar duties, policies and directives that I was.

- Yo tenía conocimiento de que otros y otras agentes, quienes estaban sujetos a semejantes deberes, políticas, adiestramientos, y directivas tal como yo estaba.

- I understand that this lawsuit is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201 *et seq*. I hereby consent, agree and opt-in to become a Plaintiff herein and be bound by any judgement of the Court or any settlement of this action.

- Entiendo que este pleito se presenta de acuerdo con la Ley de Estándares Justos de Trabajo de 1938, según enmendada [Fair Labor Standards Act of 1938] 29 U.S.C. §201 *et seq*. Por este medio consiento, acuerdo y opto para ser un(a) Demandante en el caso y que cualquier sentencia o transacción extra judicial sea vinculante a mi persona.

- I hereby designate the law firms of Shindler, Anderson, Goplerud, & Weese, P.C., Schneider Wallace Cottrell Konecky Wotkyns LLP, and Jane Becker Whitaker, Esq. to represent me for all purposes of this action.

- Por este medio designo los bufetes de Shindler, Anderson, Goplerud, & Weese, P.C., Schneider Wallace Cottrell Konecky Wotkyns LLP, y la licenciada Jane Becker Whitaker para representar me para todos los propósitos de esta acción.

- I also designate the Class Representatives as my agents to make decisions on my behalf concerning the litigation, the method and manner of conducting this litigation, the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs, and all other matters pertaining to this lawsuit.

- También designo los Representantes de Clase como mis agentes para tomar decisiones por mi parte en cuanto al litigio, los medios y maneras de llevar a cabo este litigio, el llegar a un acuerdo con los abogados de las partes demandantes en cuanto a los honorarios y costas, y todo asunto relacionado con este pleito.

Fecha (Date Signed)                                                          Firma (Signature)