# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCES CARLO, JOEL LOPEZ, and their conjugal partnership, EMILY RAMOS SANCHEZ, RICARDO BONILLA, EDNA PACHECO MUŇIZ, and their conjugal partnerships, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> COLONEL JOSE L. CALDERO, VILMA FERNANDEZ, HECTOR PESQUERA, JANE DOE, and their respective conjugal partnerships, THE PUERTO RICO POLICE DEPARTMENT, and the COMMONWEALTH OF PUERTO RICO <br><br> Defendants. | Case No. 16-2867 (PAD) <br><br> FLSA |

## FOURTH MOTION FILING OPT IN FORMS

Plaintiffs, Frances Carlo, Joel Lopez, and their conjugal partnership, Emily Ramos, Ricardo Bonilla, Edna Pacheco Muñiz, and the class of Puerto Rico police officers similarly situated very respectfully state and pray:

1. With this Motion, plaintiffs submit opt in forms for Aaron Garnett Fojo, Ramfis Hernandez, Edgar Adolfo Vazquez Ortiz, Luis Antonio Velazquez Mercado, Jose Le Acevedo Olivencia, Alejandro Santiago Odiot, Liz N. Sanabria Sanchez, Roberto Reyes Mendez, Edwin Ortiz Pastrana, Angel S. Santana Irizarry, Josue Caleb Rivera Principe, Amancia B. Castro Alonso, Santos Lugo Perez, Aurelio Gonzalez Velazquez, Jose Gutierrez Lopez, William Moreno Ramos, Cesar Soto Rodriguez,

Oscar Caraballo Torres, Manuel Morales Cardona, Gualberto Martinez Ramirez, and Hector M. Velez Alvarez.

2. Plaintiffs very respectfully ask the Court to take note of the above.

**WHEREFORE**, Plaintiffs, individually, and on behalf of all others similarly situated, ask the Court to take note of the above.

**I HEREBY CERTIFY THAT** I have this motion with the ecf system, which system will notify all counsel of record.

Dated: January 27, 2017                                         Respectfully Submitted,

/S/ JANE BECKER WHITAKER
**JANE BECKER WHITAKER**
**USDCPR BAR NUMBER 205110**
**LAW OFFICES OF**
**JANE BECKER WHITAKER**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Telephone: (787) 754-9191
Facsimile: (787) 764-3101
Email: janebeckerwhitaker@yahoo.com

J. Barton Goplerud AT0002983
Andrew B. Howie AT0003716
**HUDSON, MALLANEY, SHINDLER & ANDERSON, P.C**.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: jbgoplerud@hudsonlaw.net
Email: ahowie@hudsonlaw.net

Carolyn Hunt Cottrell
Michael C. McKay
Nicole N. Coon

**SCHNEIDER WALLACE COTTRELL KONECKY WOTKYNS LLP**
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: ccottrell@schneiderwallace.com
Email : mmckay@schneiderwallace.com
Email: ncoon@schneiderwallace.com

**ATTORNEYS FOR PLAINTIFF AND THE PROPOSED CLASSES**