# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FRANCES CARLO, JOEL LOPEZ, and their conjugal partnership, EMILY RAMOS SANCHEZ, RICARDO BONILLA, EDNA PACHECO MUÑIZ, and their conjugal partnerships, individually, and on behalf of all others similarly situated,**  Plaintiffs,  vs.  **COLONEL JOSE L. CALDERO, VILMA FERNANDEZ, HECTOR PESQUERA, JANE DOE, and their respective conjugal partnerships, THE PUERTO RICO POLICE DEPARTMENT, and the COMMONWEALTH OF PUERTO RICO,**  Defendants. | CASE NO. 3:16-cv-02867-PAD  **COLLECTIVE AND CLASS ACTION**  **NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION** |

## NOTICE OF FILING OF CONSENTS TO JOIN COLLECTIVE ACTION

Plaintiffs Franco Carlo, Joel Lopez, and their conjugal partnership, Emily Ramos, Ricardo Bonilla, Edna Pacheco Muñiz, and their conjugal partnerships, and the class of Puerto Rico police officers on behalf of all persons similarly situated, hereby file the following Opt-In Consent Forms, submitted herewith as Exhibits 1 through 85, pursuant to the Fair Labor Standards, Act, 29 U.S.C. §§ 201, *et seq.*

### CONSENT TO JOIN COLLECTIVE ACTION

153. Betzaida Rivera Ortiz
154. Norberto Vargas Rodriguez
155. Wilfredo Silva Albino
156. Oscar Badillo Cortés
157. Miguel D. Delgado Flores
158. Ruben Marquez Garcia
159. Abigail Marín Hernández
160. José Del Valle Horta
161. Luis A. Espinosa Martínez
162. Omayra Silva Mendez
163. Joaquin Noriega
164. Ada J. Reyes Rivera
165. Osvaldo Valentin Rivera
166. Robin Lee Whitmore Velazquez
167. Adalberto Ferrer Soto

168. Jorge L. Irizarry Vélez

169. Luis E. Suarez Bayron

170. Juan J. López Cepeda

171. Tatiana Acevedo Díaz

172. Gabriel Díaz Duran

173. Elizabeth Orta Hernández

174. Carlos O. Torres Febres

175. Jissell Candelaria Grande

176. Elba González Morales

177. José E. Morales

178. Severo Vélez Pagán

179. Maria Del C. Pérez

180. Grace M. Villanueva Rivera

181. Jessica Vicente Rosario

182. Oved Irizarry Seda

183. David Cortés Torres

184. Arnaldo Hernandez Blanco

185. James Acosta

186. Milton Adorno Maldonado

187. Roberto J. Benvenutti

188. Frank Gandía Colón

189. Neysa Lymari Cortés Cameron

190. Noel Martir Cuevas

191. Juana Echevarria Quiñones

192. Joanna García-Navedo

193. Evelyn Fernández López

194. José R. Figueroa Lugo

195. Oscar González Baez

196. Concepción González Rivera

197. Roberto Hernández de Jesús

198. Ana Herrero Crespo

199. Hector L. Jimenez Cruz

200. Jesus M. Jimenez Cruz

201. Carlos A. Lopez Vazquez

202. Erasmo Negron Lopez

203. Jose A. Madera Casiano

204. Jorge Maldonado De León

205. Ceferino Rivera Maldonado

206. Harry Montalvo Rivera

207. Juan Moreno Rosado

208. Orlando Ojeda Torres

209. Jose A. Gonzalez Ornes

210. Pedro Ortiz Díaz

211. Gregorio Ortiz Lugo

212. Juan A. Segarra Ortiz

213. Sabrina Digiallonardo Perez

214. Germán González Quiñones

215. William Ramos Vazquez

216. Juan C. Rivera Cabrera

217. Arturo Rivera González

218. Primitivo Rivera Hernandez

219. Fernando Luis Rivera Rivera

220. Eduardo Rivera Rivera

221. José O. Robles Robles

222. Miguel Torres Rodriguez

223. Noel Galiano Rodriguez

224. David Roman Cruz

225. Pedro Rosa Salinas

226. Maria Julia Rosa Serrano

227. Pablo de Jesús Ruiz

228. José M. Santiago Caldero

229. Ramón Santiago Cruz

230. Samuel Santiago López

231. Jessica M. Suarez Rosa

232. Ivette Torres Rivera

233. Carlos R. Travieso

234. Yarilys Urrutia Cabán

235. Marisol Vargas Santiago

236. Ricardo Rivera Vazquez

237. Hector S. Velez Vega

Date: March 2, 2017                                  Respectfully submitted,


*/s/ Nicole N. Coon*
Carolyn Hunt Cottrell
Nicole N. Coon
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP

Attorneys for Plaintiffs, the Collective and Putative Class

# CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2017, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date: March 2, 2017

*/s/ Nicole N. Coon*
Nicole N. Coon
SCHNEIDER WALLACE
COTTRELL KONECKY
WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ncoon@schneiderwallace.com