IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCES CARLO, JOEL LOPEZ, and their conjugal partnership, EMILY RAMOS SANCHEZ, RICARDO BONILLA, EDNA PACHECO MUŇIZ, and their conjugal partnerships, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COLONEL JOSE L. CALDERO, VILMA FERNANDEZ, HECTOR PESQUERA, JANE DOES, and their respective conjugal partnerships, THE PUERTO RICO POLICE DEPARTMENT, and the COMMONWEALTH OF PUERTO RICO,<br><br>Defendants. | Case No. 3:16-cv-02867-PAD<br><br>NOTICE OF WITHDRAWAL |

**NOTICE OF WITHDRAWAL OF NICOLE N. COON AS COUNSEL OF RECORD**

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Nicole N. Coon is withdrawing as counsel of record for Plaintiff Frances Carlo, et al., individually, and on behalf of all others similarly situated, in the above-captioned case.

On October 24, 2016, Ms. Coon was listed as counsel of record on Plaintiff's Complaint. The other attorneys from the firm of Schneider Wallace Cottrell Konecky Wotkyns LLP, who have appeared in this matter, remain on record as attorneys for Plaintiff.

Ms. Coon should be removed from the Court's docket in this case, and should no longer receive service of docket-related activity in this case.

Dated: December 8, 2017                    Respectfully Submitted,

*/S/ Carolyn Cottrell*

Carolyn Hunt Cottrell *(admitted Pro Hac Vice)*
Michael C. McKay *(admitted Pro Hac Vice)*
**SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP**
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: ccottrell@schneiderwallace.com
Email : mmckay@schneiderwallace.com
Email: ncoon@schneiderwallace.com

**JANE BECKER WHITAKER
USDCPR BAR NUMBER 205110
LAW OFFICES OF
JANE BECKER WHITAKER**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Telephone: (787) 754-9191
Facsimile: (787) 764-3101
Email: janebeckerwhitaker@yahoo.com

J. Barton Goplerud AT0002983
Andrew B. Howie AT0003716
**HUDSON, MALLANEY, SHINDLER
& ANDERSON, P.C**.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: jbgoplerud@hudsonlaw.net
Email: ahowie@hudsonlaw.net

**ATTORNEYS FOR PLAINTIFFS AND
THE PROPOSED CLASSES**

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 8, 2017, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

Date:   December 8, 2017      /s/ *Carolyn Hunt Cottrell*
Carolyn Hunt Cottrell
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
ccottrell@schneiderwallace.com