IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| FRANCES CARLO, et al., *Plaintiffs* v. COLONEL JOSE L. CALDERO, et al., *Defendants* | CIVIL CASE NO. 16-2867 (PAD) |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

**TO THE HONORABLE COURT:**

**NOW COME** the defendants, through the undersigned counsel, who respectfully state and pray as follows:

1. On April 25, 2017, the undersigned appeared on behalf of all the defendants, without submitting to this Honorable Court's jurisdiction or waiving any affirmative defense. See: Docket No.'s ("Dkts.") 111-113, and 115.

2. The contractual relation between the law firm and the Department of Justice ended recently. Accordingly, the undersigned attorneys hereby request the Court to allow them to withdraw as the legal representative of the defendants, and to grant them a term of thirty (30) days to acquire new representation.

3. Undersigned attorneys have advised the pertinent Department of Justice officers of the status of this matter.

**WHEREFORE**, the defendants request the Court to grant their withdrawal as legal representation of the appearing Defendants and allow defendants thirty (30) days to announce their new legal representative.

**IT IS HEREBY CERTIFIED** that on this date, defendants have electronically filed the instant document with the Clerk's Office of this Court by means of the **CM/ECF** System, which will notify such filing to all attorneys of record in this case.

Respectfully submitted on January 23, 2018, by,

*Attorneys for the defendants.*

**ALDARONDO & LÓPEZ BRAS, PSC**
ALB Plaza, Suite 400
#16 Carr. 199
Guaynabo, Puerto Rico 00969
Tel. 787-474-5447
Fax. 787-474-5451

*/s/ Eliezer Aldarondo-Ortiz*
ELIEZER ALDARONDO-ORTIZ
USDCPR No. 125402
E-mail – ealdarondo@alblegal.net

*/s/ Claudio Aliff-Ortiz*
CLAUDIO ALIFF-ORTIZ
USDCPR No. 205313
E-mail – califf@alblegal.net

*/s/ Sheila Torres-Delgado*
SHEILA TORRES-DELGADO
USDCPR No. 222706
E-mail – storres@alblegal.net

*/s/ David Rodríguez-Burns*
DAVID RODRÍGUEZ-BURNS
USDCPR No. 212505
E-mail – drodriguez@alblegal.net