# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FRANCES CARLO, et. al.**<br><br>Plaintiffs,<br><br>v.<br><br>**JOSÉ L. CALDERO, et. al.**<br><br>Defendants. | **CIVIL NO. 16-2867 (PAD)** |

## MOTION TO WITHDRAW

**TO THE HONORABLE COURT:**

Comes now, the undersigned counsel, and very respectfully requests and prays as follows:

1. The undersigned counsel is one of the attorneys of record on behalf of co-Jose L. Caldero, Commonwealth of Puerto Rico, Vilma Fernandez, Hector Pesquera, Puerto Rico Police Department.

2. These defendants will continue to be represented by Attorney M Idza Diaz-Rivera , who has already appeared on their behalf (Docket 179). Therefore, the undersigned counsel very respectfully requests the Honorable Court for leave to withdraw as an attorney in the instant case.

**WHEREFORE**, it is respectfully requested that the Honorable Court grant the undersigned attorney's request to withdraw as counsel from the instant case.

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing Motion with the Clerk of Court, using the CM/ECF System, which will send notification of such filing to all appearing parties and counsels using the Court's electronic system.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 5th day of September, 2018.

**WANDA VÁZQUEZ GARCED**
Secretary of Justice

**WANDYMAR BURGOS VARGAS**
Deputy Secretary in Charge of
Litigation
Department of Justice

**SUSANA PEÑAGARÍCANO BROWN**
Director of Federal Litigation
and Bankruptcy Division

**S/JOEL TORRES ORTIZ**
**Joel Torres Ortiz**
U.S.D.C. NO. 302311
Federal Litigation Division
Department of Justice

P.O. Box 9020192
San Juan, P.R., 00902-0192
Tel. (787) 721-2900, ext. 2647,2650,2624,2606
Fax (787) 723-9188
joeltorres@justicia.pr.gov