IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **FRANCES CARLO, JOEL LOPEZ, and their conjugal partnership, EMILY RAMOS SANCHEZ, RICARDO BONILLA, EDNA PACHECO MUŇIZ, and their conjugal partnerships,** individually, and on behalf of all others similarly situated,<br><br>**Plaintiffs,**<br><br>vs.<br><br>**COLONEL JOSE L. CALDERO, VILMA FERNANDEZ, HECTOR PESQUERA, JANE DOES, and their respective conjugal partnerships, THE PUERTO RICO POLICE DEPARTMENT, and the COMMONWEALTH OF PUERTO RICO,**<br><br>**Defendants.** | Case No. 3:16-cv-02867-PAD |

## MOTION IN COMPLIANCE

**TO THE HONORABLE COURT**

    **COME NOW** Plaintiffs thought their undersigned counsel and very respectfully state and pray:

1. This Court has asked the parties to provide a status report. Plaintiffs inform the Court that this case has been stayed since July 12, 2017 pursuant to 48 U.S.C. § 2161(a) and 11 U.S.C.§362(a) and 922. Docket 174.

    **WHEREFORE,** plaintiffs respectfully ask this Court to take note of the above.

    **WE HEREBY CERTIFY** that we have filed this Motion for Compliance with the Court's ECF system, which will notify all counsel of record.

1

Dated: May 10, 2023                                Respectfully Submitted,

<div style="margin-left: 2em;">

/S/ JANE BECKER WHITAKER
**JANE BECKER WHITAKER**
**USDCPR BAR NUMBER 205110**
**LAW OFFICES OF**
**JANE BECKER WHITAKER**
P.O. Box 9023914
San Juan, Puerto Rico 00902-3914
Telephone: (787) 585-3824
Email: janebeckerwhitaker@gmail.com

J. Barton Goplerud AT0002983
Andrew B. Howie AT0003716
**HUDSON, MALLANEY, SHINDLER**
**& ANDERSON, P.C**.
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: jbgoplerud@hudsonlaw.net
Email: ahowie@hudsonlaw.net

Carolyn Hunt Cottrell
Michael C. McKay
Nicole N. Coon
**SCHNEIDER WALLACE COTTRELL**
**KONECKY WOTKYNS LLP**
2000 Powell St., Suite 1400
Emeryville, California 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
Email: ccottrell@schneiderwallace.com
Email : mmckay@schneiderwallace.com
Email: ncoon@schneiderwallace.com

**ATTORNEYS FOR PLAINTIFF AND**
**THE PROPOSED CLASSES**

</div>

2