IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**FRANCES CARLO, <u>ET AL</u>,**

    **Plaintiffs,**

            **v.**

**JOSE L. CALDERO, <u>ET AL</u>,**

    **Defendants.**

**CIVIL NO. 16-2867 (PAD)**

## JUDGMENT

In accordance with the Order issued today (Docket No. 184), judgment is hereby entered administratively closing this case.

**SO ORDERED.**

In San Juan, Puerto Rico, this 10th day of May, 2023.

                              <u>s/Pedro A. Delgado-Hernández</u>
                              PEDRO A. DELGADO-HERNÁNDEZ
                              United States District Judge